IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAWRENCE STEVEN BRANTLEY, JR., | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § § | |
| DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES (DFPS), OFFICIAL CAPACITY; DINA SCHIEVELBEIN, (DFPS) SUPERVISOR III (CPS), INDIVIDUAL CAPACITY; WALLACE TARVER, ATTORNEY, INDIVIDUAL CAPACITY; DELIA LONGORIA, CPS SPECIALIST, INDIVIDUAL CAPACITY; ANGELICA JIMENEZ, JUDGE, 408TH CIVIL DISTRICT COURT, BEXAR COUNTY, INDIVIDUAL CAPACITY; ALYSSA MILLER, CHILD PROTECTIVE SERVICES, SPECIALIST, INDIVIDUAL CAPACITY; VALERIA DIAZ, CHILD PROTECTIVE SERVICES, SUPERVISOR, INDIVIDUAL CAPACITY; AND ERICA BRYANT, ATTORNEY FOR DEFENDANT (DFPS), INDIVIDUAL CAPACITY, | § § § § § § § § § § § § § § § § § § § § § § | SA-23-CV-00680-FB |
| *Defendants.* | § § | |

**ORDER RETURNING CASE TO DISTRICT COURT**

On this day, the undersigned issued a report and recommendation granting Plaintiff's motion to proceed *in forma pauperis* and recommending this case be dismissed as untimely and for lack of subject matter jurisdiction. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 27th day of June, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE